1  McGREGOR W. SCOTT
   United States Attorney
2  KIRK E. SHERRIFF
   Asst. United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for the
6  United States of America and
   Revenue Agent Fred Chynoweth
7

8                    United States District Court

9                    Eastern District of California

10                                )
11  UNITED STATES OF AMERICA and   ) Case No.: 1:06-cv-00920-AWI-SMS
    FRED CHYNOWETH, Revenue        )
12  Agent, Internal Revenue        ) ORDER TO SHOW CAUSE
    Service,                       )
13                                 )
            Petitioners,           )
14                                 ) HEARING ON: SEPTEMBER 8, 2006
       v.                          )
15                                 ) TIME:  9:30 a.m.
    DEANNA DEBONDT, GARY TEDDER,   )
16  and CRAIG HARRISON,            ) COURTROOM: #7 – 6th Floor
                                   )
17          Respondents.           ) BEFORE:  JUDGE SNYDER
                                   )
18                                 )

19  _____

20

21      Upon review of the United States of America's Petition to

22  Enforce Internal Revenue Service Summonses, the Memorandum filed

23  in support of the Petition, and the Declaration of Fred

24  Chynoweth and exhibits thereto,

25

                                -1-
                          ORDER TO SHOW CAUSE
PDF created with pdfFactory trial version www.pdffactory.com

1    IT IS HEREBY ORDERED that respondents Deanna DeBondt, Gary

2  Tedder, and Craig Harrison appear before the District Court for

3  the Eastern District of California, **in Courtroom No. 7 on the**

4  **6th Floor on the 8th day of SEPTEMBER, 2006, at 9:30 a.m.** to show

5  cause why they should not be compelled to obey the Internal

6  Revenue Service summonses annexed as exhibits to the Declaration

7  of Fred Chynoweth, and served on respondents on May 25, 2005,

8  July 19, 2005, and March 15, 2006, respectively.

9    IT IS HEREBY FURTHER ORDERED that a copy of this Order to

10  Show Cause, together with one copy each of the Petition to

11  Enforce Internal Revenue Service Summonses, the Memorandum filed

12  in support of the Petition, and the Declaration of Fred

13  Chynoweth, and all exhibits attached thereto, shall be served

14  upon respondents on or before **AUGUST 7, 2006.**

15    IT IS HEREBY FURTHER ORDERED that, within **20 calendar days**

16  of service of a copy of this Order to Show Cause and

17  accompanying papers, respondents shall file and serve a written

18  response to the Petition to Enforce Internal Revenue Service

19  Summonses, supported by appropriate declaration(s), as well as

20  any motions the respondents desire to make. The United States

21  may file a reply within fourteen (14) days from the date of

22  service of the respondents' response. All motions and issues

23  raised by the respondents will be considered on the return date

24  of this Order, and any uncontested allegations in the Petition

25  to Enforce Internal Revenue Service Summonses will be deemed

PDF created with pdfFactory trial version www.pdffactory.com

1  admitted.   Issues that are not raised by motion, or are not

2  brought into controversy by the responsive pleadings and

3  supported by declaration(s), will not be considered on the

4  return date of this Order.

5

6          IT IS SO ORDERED.

7  Dated:  ___July 20, 2006_____

8

9                              /s/ Sandra M. Snyder
   _____
10                             UNITED STATES MAGISTRATE JUDGE
                               SANDRA M. SNYDER

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

ORDER TO SHOW CAUSE

PDF created with pdfFactory trial version www.pdffactory.com