**United States District Court For The State of California**

**Eastern District, Fresno Division**

| | |
|---|---|
| UNITED STATES OF AMERICA and FRED CHYNOWETH, Revenue Agent, Internal revenue Service,<br><br>Petitioners,<br><br>v. | Case # 1:06-cv-00920-AWI-SMS<br><br>**Order for Continuance of Hearing Date**<br><br>Date:        September 8, 2006<br>Time:       9:00 AM<br>Courtroom:    7<br><br>Honorable Dennis L. Beck Magistrate Judge |

ORDER CONTINUING HEARING DATE

TO ALL PARTIES AND THEIR COUNSEL(S) OF RECORD:

The court having considered the joint stipulation of counsel requesting continuance of the matter, finds that good cause exists and the interests of justice are served by granting the requested continuance in the above captioned matter.

IT IS THEREFORE ORDERED that:

The hearing on the above captioned matter scheduled for September 8, 2006, is hereby continued until October 6, 2006, in this court at 9:00 AM.

    IT IS SO ORDERED.

 Dated:   **September 14, 2006**              **/s/ Dennis L. Beck**
 3b142a                                   UNITED STATES MAGISTRATE JUDGE

1