IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and FRED CHYNOWETH, Revenue Agent, Internal Revenue Service,<br><br>    Petitioners,<br><br>    v.<br><br>DEANNA DEBONDT, GARY TEDDER, and CRAIG HARRISON<br><br>    Respondents. | Case No. 1:06-cv-0920 OWW DLB<br><br>ORDER ENFORCING IRS SUMMONSES ISSUED TO GARY TEDDER AND CRAIG HARRISON, AND CONTINUING HEARING DATE WITH RESPECT TO DEANNA DEBONDT |

Pending before the Court is the United States' petition to enforce IRS summonses served upon respondents Deanna DeBondt, Gary Tedder, and Craig Harrison. The parties have filed a Joint Stipulation for Entry of Order Enforcing IRS Summonses Issued to Gary Tedder and Craig Harrison, and Continuing Hearing Date With Respect to Deanna DeBondt.

In the Stipulation, respondents Gary Tedder and Craig Harrison agree that the IRS administrative summonses issued to them should be enforced. Respondents also agree to comply with the IRS administrative summonses on or before October 30, 2006. The parties further agree that the hearing on the Order to Show Cause with respect to Deanna DeBondt should be continued to November 3, 2006, at 9:00 a.m.

This Order reflects the agreement as presented by the Stipulation filed by the parties.

IT IS HEREBY ORDERED that the United States' petition to

-1-

JOINT STIPULATION FOR ENTRY OF ORDER ENFORCING IRS SUMMONSES ISSUED TO GARY TEDDER AND CRAIG HARRISON, AND CONTINUING HEARING DATE WITH RESPECT TO DEANNA DEBONDT; [PROPOSED] ORDER

1  enforce the IRS summonses served upon Gary Tedder and Craig
2  Harrison is GRANTED.
3     IT IS FURTHER ORDERED that Gary Tedder and Craig Harrison are
4  directed to appear before IRS Revenue Agent Fred Chynoweth, or
5  his designee, and to produce the documents and give testimony as
6  directed in the summonses, on or before October 30, 2006, at the
7  offices of the Internal Revenue Service, 5300 California Avenue,
8  Suite 100, Bakersfield, CA 93309, or at such other place as
9  agreed to between the IRS and Respondents.  Respondents are
10 hereby notified that failure to comply with this Order may
11 subject them to sanctions for contempt of court.
12    IT IS FURTHER ORDERED that the hearing on the United States'
13 petition to enforce the IRS summons to Deanna DeBondt, set for
14 October 6, 2006, at 9:00 a.m., is continued to November 9, 2006,
15 at 9:00 a.m.

   IT IS SO ORDERED.

   **Dated:   October 6, 2006**               **/s/ Dennis L. Beck**
   3b142a                                     UNITED STATES MAGISTRATE JUDGE

-2-