```
McGREGOR W. SCOTT
United States Attorney
KIRK E. SHERRIFF (SBN 219488)
Asst. United States Attorney
U.S. Courthouse, Suite 4401
2500 Tulare St.
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America and
Revenue Agent Fred Chynoweth
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and FRED CHYNOWETH, Revenue Agent, Internal Revenue Service,<br><br>           Petitioners,<br><br>v.<br><br>DEANNA DEBONDT, GARY TEDDER, and CRAIG HARRISON,<br><br>           Respondents. | Case No. 1:06-cv-00920 OWW DLB<br><br>JOINT STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a); ORDER |

    Petitioners United States of America and Revenue Agent Fred Chynoweth, and respondents Deanna DeBondt, Gary Tedder, and Craig Harrison, by and through their respective undersigned counsel, hereby stipulate to the dismissal of this action pursuant to Fed. R. Civ. P. 41(a). The parties further stipulate that each party shall bear its own costs and fees in this action. This Joint Stipulation of Dismissal is executed by all parties that have

1  appeared in this action.

2                                         Respectfully submitted,

3  Dated:  November 8, 2006               McGREGOR W. SCOTT
                                          United States Attorney
4

5                                         /s/ Kirk E. Sherriff
                                          KIRK E. SHERRIFF
6                                         Assistant U.S. Attorney

7                                         Attorneys for Petitioners

8

9

10 Dated:  November 8, 2006               GIBBONS & ASSOCIATES

11

12                                        /s/ Peter Gibbons
                                          (as authorized on 11/7/06)
13                                        PETER GIBBONS

14                                        Attorneys for Respondents
                                          Deanna DeBondt, Gary Tedder,
15                                        and Craig Harrison

16

17

18

19

20
   IT IS SO ORDERED.
21
   **Dated:   November 9, 2006**                **/s/ Oliver W. Wanger**
22 emm0d6                                   UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28

-2-
JOINT STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a);
[PROPOSED] ORDER